IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01453-CMA-KLM

MARCELA GIANNONE,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. # 14), it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

    DATED:  November __02__, 2012

                                                 BY THE COURT:

                                                 _/s/ Christine M. Arguello_

                                                 CHRISTINE M. ARGUELLO
                                                 United States District Court Judge