IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01453-CMA-KLM

MARCELA GIANNONE,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. # 14), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED:  November  02 , 2012

BY THE COURT:

_(signature: Christine M. Arguello)_

_____
CHRISTINE M. ARGUELLO
United States District Court Judge